ROBERT B. SCHULTZ CA Bar. No. 108571
Schultz & Associates
9710 W. 82nd Ave.
Arvada, CO 80005
Tel: 303 456 5565
Fax: 303 456 5575
Attorney for Plaintiffs

**ORIGINAL**

**FILED**
JUL - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FLIGHT RESOURCE GROUP, LLC a Colorado LLC, JOHNNY LANGLAND an individual,

    Plaintiffs

vs.

MICHAEL L PAPPAS, an individual, MARY M. PAPPAS, an individual, PAPPAS FAMILY LIMITED PARTNERSHIP, a California Limited Partnership, MICHAEL L. PAPPAS PRINCIPAL RESIDENCE TRUST a California trust, MICHAEL L. PAPPAS VACATION RESIDENCE TRUST a California trust, MARY M. PAPPAS PRINCIPAL RESIDENCE TRUST a California trust and MARY M. PAPPAS VACATION RESIDENCE TRUST a California trust,

    Defendants

Case No.: '08 CV 1199 J LSP

COMPLAINT FOR AVOIDANCE OF FRAUDULENT TRANSFER, APPOINTMENT OF A RECEIVER, SALE OF ASSETS

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(b).
2. The amount in controversy exceeds $75,000 exclusive of interest and costs.

COMPLAINT - 1

3. Venue is proper because the Defendants all reside in this District.

4. Plaintiff Flight Resource Group, LLC is a Colorado LLC whose principal place of business is Centennial Colorado.

5. Plaintiff Johnny Langland is an individual who resides in Colorado.

6. Plaintiffs are Judgment Creditors in an action in San Diego Superior Court entitled *Pacific Airlines Systems v. Flight Resource Group* case number GIN 047912 ("Superior Court Case"). Judgment in the amount of $95,133.10 plus interest at the rate of 10% per annum was entered on April 30, 2007 ("Judgment"). Judgment attached as Exhibit A. The Judgment remains unsatisfied.

7. Defendant Michael L. Pappas ("Mr. Pappas") is an individual who resides in the State of California, County of San Diego and is a Judgment Debtor on the Judgment, a limited partner in the Pappas Family Limited Partnership and the Grantor of the Michael L. Pappas Principal Residence Trust and the Michael L. Pappas Vacation Residence Trust.

8. Defendant Mary M. Pappas ("Mrs. Pappas", jointly with Mr. Pappas, the "Pappases"), is an individual who resides in the State of California, County of San Diego and is the Judgment Debtor's spouse, general partner in the Pappas Family Limited Partnership, Trustee of the Michael L. Pappas Principal Residence Trust and the Michael L. Pappas Vacation Residence Trust and Grantor and Trustee of the Mary M. Pappas Principal Residence Trust and the Mary M. Pappas Vacation Residence Trust.

9. Defendant Pappas Family Limited Partnership ("Partnership") is a California Limited Partnership whose address is 18290 Via Ascenso, Rancho Santa Fe, California.

10. Defendant Michael L. Pappas Principal Residence Trust is a California trust whose address is 18290 Via Ascenso, Rancho Santa Fe, California.

11. Defendant Michael L. Pappas Vacation Residence Trust is a California trust whose address is 288 Dolphin Cove Court, Del Mar, California.

12. Defendant Mary M. Pappas Principal Residence Trust (jointly with the Michael L. Pappas Principal Residence Trust ("Residence Trusts") is a California trust whose address is 18290 Via Ascenso, Rancho Santa Fe, California.

COMPLAINT - 2

13. Defendant Mary M. Pappas Vacation Residence Trust (jointly with the Michael L. Pappas Vacation Trust ("Vacation Trusts") is a California trust whose address is 288 Dolphin Cove Court, Del Mar, California.

14. The Judgment arose out of a debt to the Plaintiffs that Mr. Pappas incurred on May 3, 2004 ("Debt").

15. On or about November 19, 2004, with the intent to hinder, delay or defraud creditors including the Plaintiffs, the Pappases transferred without consideration, their interest in certain real property located at 18290 Via Ascenso, Rancho Santa Fe, California to the Residence Trusts.

16. On or about November 19, 2004, with the intent to hinder, delay or defraud creditors including the Plaintiffs, the Pappases transferred without consideration, their interest in certain real property located at 288 Dolphin Cove Court, Del Mar, California to the Vacation Trusts.

17. On or about November 19, 2004, with the intent to hinder, delay or defraud creditors including the Plaintiffs, the Pappases transferred without consideration, certain securities to the Partnership (all of the transfers collectively, the "Transfers").

18. After the foregoing Transfers and as a result of those Transfers, the Pappases became insolvent and unable to pay debts including the Debt to the Plaintiffs. On April 30, 2007, the Judgment was entered on the Debt. The Pappases remain insolvent and unable to pay the Judgment.

19. Since the Transfers were made without consideration, with the intent to hinder, delay or defraud creditors and since the Transfers left the Pappases insolvent, the Transfers were fraudulent.

20. On February 6, 2008, in the Superior Court Case, the Court entered an order charging the partnership interests of the Pappases with the unsatisfied amount of the Judgment with interest ("Charging Order" attached as Exhibit B).

21. Prior to issuance of the Charging Order, the Pappases withdrew from the Partnership $170,021.80 in distributions and transferred without consideration, while still insolvent, 6% of their partnership interest to others with the intent to hinder, delay or defraud creditors. Since

COMPLAINT - 3

issuance of the Charging Order, it is unknown how much the Pappases have withdrawn from the Partnership or how much of their interest they have transferred to others.

22. Despite numerous reasonable attempts, the Judgment Creditors have been unable to collect any amount from the Judgment Debtor or his spouse in satisfaction of the Judgment.

First Cause of Action - Avoidance of Fraudulent Transfers

23. Pursuant to Cal. Civ. Code § 3439.07, in an action for relief against the Transfers, the Judgment Creditors may obtain avoidance of the Transfers to the extent necessary to satisfy the Judgment.

Second Cause of Action – Appointment of a Receiver

24. Pursuant to Cal. Civ. Code § 3439.07, in an action for relief against the Transfers, the Judgment Creditors may obtain appointment of a receiver to take charge of the assets transferred or their proceeds.

25. Pursuant to Cal. Code of Civ. Proc. §708.620, rather than continue the expensive, disruptive and time consuming process of locating and levying on the Judgment Debtor's assets, it is reasonable and fair to all parties for the court to appoint a receiver to aid in the collection of this money judgment.

26. Pursuant to Cal. Corp. C §16504, to aid in the enforcement of a charging order, "the court may appoint a receiver of the share of the distributions due or to become due to the judgment debtor in respect of the partnership and make all other orders, directions, accounts, and inquiries the judgment debtor might have made or that the circumstances of the case may require."

Third Cause of Action – Sale of Assets

27. Pursuant to Cal. Civ. Code § 3439.07, in an action for relief against the Transfers, the Judgment Creditors may obtain any other relief the circumstances may require. Relief would require sale of the assets transferred to the extent necessary to satisfy the Judgment.

COMPLAINT - 4

WHEREFORE, Plaintiffs demand judgment against the defendants as follows:

a. Avoidance of the Transfers to the extent necessary to satisfy the Judgment.

b. Appointment of a receiver to take charge of the assets transferred or their proceeds.

c. Sale by the receiver of the assets transferred to the extent necessary to satisfy the Judgment.

d. Costs of suit and reasonable attorney fees as permitted by law.

e. Such other relief as the court deems just and proper.

DATED this 30th day of June 2008.

By: _____
Robert B Schultz
Schultz & Associates
Attorneys for Plaintiffs

COMPLAINT - 5

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert Schultz 108571<br>Schultz & Associates<br>9710 W. 82nd Ave., Arvada CO 80005<br>TELEPHONE NO.: 303 456 5565  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Johnny Langland and Flight Resource Group, LLC | F I L E D<br>Clerk of the Superior Court<br><br>APR 3 0 2007<br><br>By ___K. BANKS___ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 325 South Melrose
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: North County

PLAINTIFF: Pacific Airlines Systems and Michael L. Pappas

DEFENDANT: Flight Resource Group, LLC and Johnny Langland

| JUDGMENT | | CASE NUMBER: |
|---|---|---|
| ☐ By Clerk   ☐ By Default   ☒ After Court Trial<br>☒ By Court   ☐ On Stipulation   ☐ Defendant Did Not Appear at Trial | | GIN047912 |

## JUDGMENT

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ☒ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time): January 17, 2007 through January 25, 2007
      before (name of judicial officer): Honorable David Brown
   b. Appearances by:

      ☒ Plaintiff (name each):                          ☒ Plaintiff's attorney (name each):
         (1) Pacific Airline Systems, Inc.                 (1) Michael Curran
         (2) Michael L. Pappas                             (2) Susan Curran
      ☐ Continued on Attachment 3b.

      ☒ Defendant (name each):                          ☒ Defendant's attorney (name each):
         (1) Flight Resource Group, Inc.                   (1) Robert B. Schultz
         (2) Johnny Langland                               (2)
      ☐ Continued on Attachment 3b.

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☒ A statement of decision (Code Civ. Proc., § 632)  ☐ was not  ☒ was  requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT A**

| PLAINTIFF: Pacific Airlines Systems and Michael L. Pappas | CASE NUMBER: |
|---|---|
| DEFENDANT: Flight Resource Group, LLC and Johnny Langland | GIN047912 |

JUDGMENT IS ENTERED AS FOLLOWS BY:   [X] THE COURT   [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

   a. [ ] for plaintiff (name each):

   and against defendant (names):

   [ ] Continued on Attachment 5a.

   b. [X] for defendant (name each):

   Flight Resource Group, LLC and Johnny Langland

   c. [X] for cross-complainant (name each):

   Flight Resource Group, LLC and Johnny Langland
   and against cross-defendant (name each):
   Pacific Airlines Systems, Inc.
   and Michael L. Pappas jointly and severally
   [ ] Continued on Attachment 5c.

   d. [ ] for cross-defendant (name each):

6. **Amount.**

   a. [ ] Defendant named in item 5a above must pay plaintiff on the complaint:

   | (1) [ ] | Damages | $ |
   | (2) [ ] | Prejudgment interest at the annual rate of  % | $ |
   | (3) [ ] | Attorney fees | $ |
   | (4) [ ] | Costs | $ |
   | (5) [ ] | Other (specify): | $ |
   | (6) | TOTAL | $ |

   c. [X] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | (1) [X] | Damages | $ 68,255.00 |
   | (2) [X] | Prejudgment interest at the annual rate of 10 % from May 3, 2004 | $ 20,626.10 |
   | (3) [X] | Attorney fees | $ ~~71,795.00~~ *pursuant to motion* |
   | (4) [X] | Costs | $ 6,252.00 |
   | (5) [X] | Other (specify): Travel | $ ~~7,468.00~~ *pursuant to motion* |
   | (6) | TOTAL | $ ~~174,466.10~~ $95,133. |

   b. [X] Plaintiff to receive nothing from defendant named in item 5b.
   [ ] Defendant named in item 5b to recover costs $
   [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
   [ ] Cross-defendant named in item 5d to recover costs $
   [ ] and attorney fees $

7. [ ] Other (specify):

Date: APR 3 0 2007

[X] _____ JUDICIAL OFFICER David G. Brown

Date: _____   [ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE** (Optional)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]   **JUDGMENT**

# EXHIBIT A

ROBERT B. SCHULTZ Bar. No. 108571
Schultz & Associates
9710 W. 82nd Ave.
Arvada, CO 80005
Tel: 303 456 5565
Attorney for Defendants/
Cross-complainants

F I L E D
Clerk of the Superior Court

FEB 0 6 2008

By: M. GARLAND, Deputy

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
SAN DIEGO COUNTY, NORTH COUNTY BRANCH

| | |
|---|---|
| PACIFIC AIRLINE SYSTEMS, INC., a California Corporation<br>　　　Plaintiff,<br><br>vs.<br><br>FLIGHT RESOURCE GROUP, an unknown entity, JOHNNY LANGLAND an individual and Does 1 through 10 inclusive,<br>　　　Defendants<br><br>vs.<br><br>PACIFIC AIRLINE SYSTEMS, INC., a California Corporation and Michael L Pappas, an individual,<br>　　　Cross defendants | Case No.: GIN 047912<br><br>ORDER CHARGING PARTNER'S INTEREST<br><br>Judge: Hon. Lisa Guy Schall<br>Dept: 31<br>Date: January 11, 2008<br>Time: 1:30 PM |

The motion of Judgment Creditors, Flight Resource Group and Johnny Langland came on regularly for hearing on January 11, 2008 before Hon Lisa Guy Schall presiding in Department 31 of the above entitled court with appearance by counsel Robert Schultz for the Judgment Creditors and no appearance for the Judgment Debtor. The Court having considered the pleadings filed in connection with the motion and listened to the argument of counsel, and good cause appearing:

Charging Order - 1

**EXHIBIT B**

1 | IT IS ORDERED:

2 | That the interests of Michael L. Pappas and Mary M. Pappas, in a partnership known as
3 | the Pappas Family Limited Partnership whose address is 18290 Ascenso, Rancho Santa Fe,
4 | California, 92067 are hereby charged with the unsatisfied amount of the judgment ordered in this
5 | case with interest. To the extent so charged, the judgment creditor has only the rights of an
6 | assignee of the limited partnership interests of Michael L. Pappas and Mary M. Pappas.
7 | Dated this ⌐day of Feb, 2007

Lisa Guy-Schall
Judge of the Superior Court

Charging Order - 2         **EXHIBIT B**

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED JUL - 2 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY**

### I. (a) PLAINTIFFS
FLIGHT RESOURCE GROUP, LLC a Colorado LLC, JOHNNY LANGLAND an individual,

(b) County of Residence of First Listed Plaintiff: Arapaho County, CO
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Schultz & Associates, 9710 W. 82nd Ave., Arvada, CA 80005
303 456 5565

### DEFENDANTS
MICHAEL L PAPPAS, an individual, MARY M. PAPPAS, an individual, PAPPAS FAMILY [illegible]

County of Residence of First Listed Defendant: San Diego County, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**'08 CV 1199 J LSP**

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. 1332
Brief description of cause: Action to avoid fraudulent transfers, appoint receiver and sell property under Cal. Civ. Code Section 3430 et. seq

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 95,133.10 plus interest
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)  JUDGE _____  DOCKET NUMBER _____

DATE: 6-30-08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 152641  AMOUNT $350.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____
07/03/08



```
      UNITED STATES
      DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
        SAN DIEGO DIVISION

     #  152641    -  MB
     * * C O P Y * *
       July 03, 2008
          16:05:39


       Civ Fil Non-Pris
USAO #.: 08CV1199 CIVIL FILING
Judge..: NAPOLEON A JONES, JR
Amount.:
                         $350.00 CK
Check#.: BC1283



   Total->   $350.00



FROM: FLIGHT RESOURCE GROUP LLC
      VS MICHAEL PAPPAS, ET AL
```