Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FLIGHT RESOURCE GROUP, LLC
a Colorado LLC, JOHNNY
LANGLAND an individual.
vs

MICHAEL L PAPPAS, an individual,
MARY M. PAPPAS, an individual,
PAPPAS FAMILY LIMITED
PARTNERSHIP, a California Limited
Partnership, MICHAEL L. PAPPAS
PRINCIPAL RESIDENCE TRUST a
California trust, MICHAEL L.
PAPPAS VACATION RESIDENCE
TRUST a California trust, MARY M.

**FILED**
JUL - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1199 J LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert B. Schultz
Schultz and Associates
9710 W. 82nd Ave.
Arvada, CO 80005

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                           7/2/08
CLERK                                             DATE

A.V_____
By                    , Deputy Clerk

Summons in a Civil Action                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)