ROBERT B. SCHULTZ CA Bar. No. 108571
Schultz & Associates
9710 W. 82nd Ave.
Arvada, CO 80005
Tel: 303 456 5565
Fax: 303 456 5575
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FLIGHT RESOURCE GROUP, LLC a
Colorado LLC, JOHNNY LANGLAND an
individual,

        Plaintiffs

  vs.

MICHAEL L PAPPAS, an individual, MARY
M. PAPPAS, an individual, PAPPAS
FAMILY LIMITED PARTNERSHIP, a
California Limited Partnership, MICHAEL L.
PAPPAS PRINCIPAL RESIDENCE TRUST
a California trust, MICHAEL L. PAPPAS
VACATION RESIDENCE TRUST a
California trust, MARY M. PAPPAS
PRINCIPAL RESIDENCE TRUST a
California trust and MARY M. PAPPAS
VACATION RESIDENCE TRUST a
California trust,

        Defendants

Case No.: 08 cv 1199 JAH (LSP)

NOTICE OF VOLUNTARY DISMISSAL

DISMISSAL - 1

1  Plaintiffs, FLIGHT RESOURCE GROUP, LLC and JOHNNY LANGLAND, give notice of voluntary dismissal of this case with prejudice pursuant to F.R.C.P. 41(a)(1)(i). The plaintiffs state that all costs have been paid and that the defendants have not yet filed or served an answer or a motion for summary judgment.

DATED this 29th day of July 2008.

By: _____/s Robert Schultz_____
  Robert B Schultz
  Schultz & Associates
  Attorneys for Plaintiffs

DISMISSAL - 2

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2008, I caused the forgoing NOTICE OF VOLUNTARY DISMISSAL to be served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, and sent notification of such filing to the following address:

Stephanie Pittaluga  
Law Office of Michael D. McCaffery  
2030 Main St. Ste 1200  
Irvine, CA 92614  
sapittaluga@earthlink.net  
Attorneys for Defendants

__s/ Robert Schultz_____  
Schultz and Associates  
rbschultz@comcast.net

DISMISSAL - 3